# United States District Court

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V
Kentoya Monique WHITESIDE

FILED
MAR 0 8 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

CRIMINAL COMPLAINT

CASE NUMBER: DR07-3736M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   March 6, 2007   in   Val Verde   County, in the   Western   District of   Texas   defendant(s) did, (Track Statutory Language of Offense)

Unlawfully, knowingly, and intentionally import and cause to be imported approximately 84.09 kilograms gross weight (74.261 kilograms net weight) of Marijuana a scheduled I controlled substance into the United States from the Republic of Mexico

in violation of Title 21 United States Code, Section(s) 952

I further state that I am a(n)   Special Agent   and that this complaint is based on the following facts:
                                  Official Title

On March 06, 2007, at approximately 10:48 hours, Kentoya Monique WHITESIDE entered the United States from the Republic of Mexico, via the Amistad Dam Port of Entry near Del Rio, Texas in a Blue 1994 Dodge van bearing Illinois license plates 9687717. At primary inspection, WHITESIDE made a negative declaration to U.S. Customs and Border Protection (CBP) Officer Hector Garcia. At primary inspection CBP Officer H. Garcia utilized a buster on the roof of the van, which indicated high readings. WHITESIDE was referred to secondary for further inspection.

At secondary inspection, CBP Officer H. Garcia again utilized the buster on the van, which again indicated high buster readings. A CBP canine unit was requested to assist in the search of the van. The CBP Canine alerted to the ceiling of the van for the presence of narcotics. The van was taken to the Del Rio Port of Entry and x-rayed. The x-ray indicated anomalies in the roof area of the van. A search of the van revealed 59 packages of Marijuana with a weight of 84.09 kilograms gross weight (74.261 kilograms net weight).

At the Amistad Dam Port of Entry, WHITESIDE told CBP Officer Ayda Lopez that she had her van the entire time while in Mexico. WHITESIDE also told CBP Officer Lopez that she had not loaned her keys to the van to anyone and again stated she had the van the entire time.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 8, 2007                                  Del Rio, Texas
Date                                           City and State

Victor Roberto Garcia, U.S. Magistrate Judge   _____
Name & Title of Judicial Officer               Signature of Judicial Officer